UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| MAURICE DIGGINS, and | ) 2:18-cr-00122-JDL |
| DUSTY LEO, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF THE ACTING ASSISTANT ATTORNEY GENERAL

I, John M. Gore, hereby certify that prosecution by the United States of Maurice Diggins and Dusty Leo for violating Title 18, United States Code, § 249(a)(1) is in the public interest and necessary to secure substantial justice. This certificate is made pursuant to Title 18, United States Code, § 249(b).

Date: August 15, 2018.

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice