UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )   Docket No. 2:18-cr-00122-NT-2<br>)<br>DUSTY LEO                                 ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the Defendant, Dusty Leo, by and through undersigned counsel, and hereby moves this Honorable Court to enter an order modifying the conditions of release, to strike condition number 7(p)(i) and (q) from his conditions of release; the requirement that he be monitored by the pretrial services office or supervising officer via the program's location monitoring program, curfew of restriction to his residence every day from 9:00 pm to 6:00 am, and pay all or part of the cost of the location monitoring program determined by the pretrial services office or supervising officer.  In support thereof, the Defendant further states:

1. The Order Setting Conditions of Release (ECF #39) was entered by this Court on September 5, 2018.

2. The Defendant secured bail and is currently being supervised by the U.S. Pretrial Services Office.

3. The Defendant is fully compliant with his conditions of release.

4. The Defendant now seeks a modification of this Court's order, specifically Condition Number 7(p)(i) and (q), to strike the requirement that he be monitored by the pretrial services office or supervising officer via the program's location monitoring program, curfew of restriction to his residence every day from 9:00 pm to 6:00 am, and pay all or

part of the cost of the location monitoring program determined by the pretrial services office or supervising officer.

5. The Government, by and through Assistant United States Attorney Shelia W. Sawyer and United States Probation Officer, Sharon Reinheimer, have been consulted and assent to the granting of this Motion.

WHEREFORE, for the foregoing reasons, the Defendant hereby moves this Honorable Court to enter an order modifying his conditions of release to strike the requirement that he be monitored by the pretrial services office or supervising officer via the program's location monitoring program, curfew of restriction to his residence every day from 9:00 pm to 6:00 am, and pay all or part of the cost of the location monitoring program determined by the pretrial services office or supervising officer.

Dated this 6th day of March 2020.

/s/ Amy L. Fairfield
Amy L. Fairfield
Attorney for Jasmine Rodriguez
Fairfield & Associates, P.A.
10 Stoney Brook Lane
Lyman, ME 04002
Tel. (207) 985-9465
amy@fairfieldandassociates.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 6, 2020, a true and correct copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE" was electronically filed and served upon all other parties and counsel of record via the Court's electronic filing (ECF) system.

      /s/ Amy L. Fairfield
Amy L. Fairfield
Attorney for Jasmine Rodriguez
Fairfield & Associates, P.A.
10 Stoney Brook Lane
Lyman, ME 04002
Tel. (207) 985-9465
amy@fairfieldandassociates.com